# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                 CASE NO. 3:21-CR-00050-BSM

MICHAEL DAVID MULLINS, SR.                                DEFENDANT

## ORDER

The government's motion to dismiss the indictment against Michael Mullins, Sr. [Doc. No. 189] is granted and, pursuant to Federal Rule of Criminal Procedure 48(a), the indictment against him is dismissed without prejudice.

IT IS SO ORDERED this 29th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE